<u>**CRIMINAL CAUSE FOR VIOLATION OF PROBATION/SUPERVISED RELEASE**</u>

BEFORE JUDGE TRAGER    2/6/07      TIME: _____
CR- 95-812

DEFT NAME: __ANTHONY MANCINI_____ # _____
    ___ present    ___ not present    ___ cust.    √ bail

DEFENSE COUNSEL: __PAT BROEDRICK_____
    ___ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

A.U.S.A.: __DAN SILVER_____    CLERK: B. RIFKIN ~~Gaby Trevista~~

E.S.R./Ct.Reporter __F. GUERINO_____    USPO: _____
INT: (LANG.- _____)

√   CASE CALLED.    √   DEFT(S) __MANCINI__ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT(S) _____
___ FINAL REVOCATION HRG ADJ'D TO _____

___ FINAL REVOCATION HRG HELD.    √   HRG CONT'D TO __MAY 24, 2007 @ 4:30__
___ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
___ GUILTY    ___ NOT GUILTY    TO CHARGES OF VIOLATION.

___ COURT FINDS DEFT    ___ GUILTY    ___ NOT GUILTY.
___ DEFT CONT'D ON PROB./S.R. UNTIL _____
___ DEFT REINSTATED TO PROB./S.R.    ___ PROB./S.R. REVOKED.
___ JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

___ SENTENCING SET FOR _____    ___ SENTENCING HELD.
___ EXECUTION OF SENTENCE STAYED TO _____
___ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

SENTENCE TEXT: _____
~~AS TO A MODIFICATION OF SUPERVISED RELEASE~~,

OTHER: _____